**Order entered June 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00392-CV

### IN THE INTEREST OF M.M.M. AND C.N.M., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-l7-09018**

## ORDER

This is an accelerated appeal involving the termination of appellant's parental rights. Before the Court is appellant's June 6, 2019 motion to supplement both the clerk's and reporter's records. We **GRANT** the motion.

We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by **June 17, 2019**, a supplemental clerk's record containing the following:

1.    all notices of trial setting;

2.    "Motion - Bench Warrant" - filed on March 11, 2019, including the letter with the motion and the envelope they were mailed in; and

3.    written verification of the date the "Motion - Bench Warrant" was received by the District Clerk's Office for filing.

We **ORDER** Shantel Beheler, Official Court Reporter for the 301st Judicial District Court, to file, by **June 21, 2019**, the reporter's records from the hearings conducted on the following dates:

1. May 31, 2017;

2. September 5, 2017;

3. May 8, 2018; and

4. September 19, 2018.

We **DIRECT** the Clerk of this Court to send paper copies of the supplemental clerk's record and additional reporter's records to appellant when they are filed with this Court.

Appellant shall file his brief on the merits by **July 22, 2019**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Pitre; Ms. Beheler; and all parties.

/s/    KEN MOLBERG
       JUSTICE